UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:13-cr-303-T-30TGW

DANETTE WILLIAMS

**<u>FORFEITURE MONEY JUDGMENT</u>**

The United States moves, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for a forfeiture money judgment (Doc. 23) against defendant Danette Williams in the amount of $26,006.00, representing the amount of proceeds she received as a result of the offense in violation of 18 U.S.C. § 641, as charged in Count One of the Indictment.

Being fully advised in the premises, the court finds that the United States has established that the defendant received and converted to her own use $26,006.00 which belonged to the United States and the Social Security Administration, for which she has been convicted in Count One of the Indictment. Thus, the United States is entitled to a forfeiture money judgment in that amount, pursuant to Rule 32.2(b)(2), Federal Rules of Criminal Procedure. Further, the United States is entitled to forfeit any assets belonging to the defendant up to and including the amount of the money judgment, pursuant to 21 U.S.C. 853(p), as incorporated by 28 U.S.C. § 2461(c). Accordingly, it is hereby

**ORDERED** that for good cause shown, the motion of the United States (Doc. 23) is GRANTED.

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Danette Williams is personally liable to the United States of America for a forfeiture money judgment in the amount of $26,006.00.

The court retains jurisdiction to enter any order necessary for the forfeiture and disposition of any property belonging to the defendant that the United States is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to satisfy the money judgment, and to address any third party claim that may be asserted.

The defendant's money judgment will be credited with the net proceeds of the sale of any assets forfeited by the government, and any cash payment the defendant makes toward satisfaction of her money judgment.

DONE AND ORDERED at Tampa, Florida on this 28th day of October, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties of Record

F:\Docs\2013\13-cr-303 FMJ.docx